# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00555-CV

**M. G., Appellant**

**v.**

**Travis County District Attorney, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-EX-17-000195, HONORABLE DAVID CRAIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion requesting that this appeal be dismissed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Field and Toth

Dismissed on Appellant's Motion

Filed:   December 7, 2018